IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALEXANDER LEES,** | CASE NO. Civ S-08-0196 LKK KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **T. FELKER, ET AL.,** | |
| Defendants. | |

On October 3, 2008, Defendants Audette, Bortle, Priolo, Passwaters, and Speers filed an ex parte application to extend the time to file their response to Plaintiff Alexander Lees's Complaint (docket no. 18).

Good cause having been presented to the Court and good cause appearing, Defendants are granted an additional thirty days to file their response to Plaintiff's Complaint. Defendants' response is due on or before November 5, 2008.

IT IS SO ORDERED.

Date: October 10, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1