IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALEXANDER LEES,** | CASE NO.: 2:08-cv-0196 LKK KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **T. FELKER, ET AL.,** | |
| Defendants. | |

On October 23, 2008, Defendants Norman and Brewer filed an ex parte application for additional time to file their response to Plaintiff's Complaint (docket no. 21).

Good cause having been presented to the Court and good cause appearing, Defendants are granted additional time in which to file their response to the Complaint. Defendants' response is due on or before November 21, 2008.

IT IS SO ORDERED.

Dated: October 30, 2008.

_____
U.S. MAGISTRATE JUDGE

1