1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALEXANDER LEES,

11          Plaintiff,                    No. CIV S-08-0196 LKK KJM P

12       vs.

13   T. FELKER, et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On November 17, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Plaintiff

22   has filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed November 17, 2008, are adopted in

3   full; and

4        2. Plaintiff's motion for injunctive relief is denied.

5   DATED: February 9, 2009.

6

7

8   _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
9   UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26