IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER LEES,

        Plaintiff,                    No. CIV S-08-196 LKK KJM P

    vs.

T. FELKER, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On February 23, 2009, he timely filed a motion for an order compelling discovery. Docket No. 51.

        However, on February 20, 2009, the defendants filed a motion to dismiss for failure to exhaust administrative remedies. Docket No. 49. In light of this pending motion, the court will deny plaintiff's motion without prejudice. If the motion to dismiss is denied, plaintiff may file a request to reinstate his motion to compel and the court will at that time consider it.

/////

/////

/////

/////

1

1         IT IS THEREFORE ORDERED that the motion to compel discovery (docket no. 51) is denied without prejudice.

DATED: March 12, 2009.

                                                              _____
                                                              U.S. MAGISTRATE JUDGE