IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER LEES,

    Plaintiff,                    No. CIV S-08-0196 LKK KJM P

    vs.

T. FELKER, et al.,

    Defendants.              <u>ORDER</u>

                           /

        On January 16, 2009, the Magistrate Judge issued an order denying plaintiff's motion for appointment of counsel. On February 23, 2009, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of January 16, 2009 is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 23, 2009 request for reconsideration is denied.

DATED: March 17, 2009.

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT