IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER LEES,

           Plaintiff,                No. CIV S-08-0196 CKD P

    vs.

BREWER, et al.,

           Defendants.         ORDER

_____/

        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

2    appointment of counsel (docket # 127) is denied.

3     Dated: December 28, 2011

4

5                               CAROLYN K. DELANEY

                             UNITED STATES MAGISTRATE JUDGE

6

7    /md; lees0196.31

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26