IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER LEES,

      Plaintiff,                               No. CIV S-08-0196 CKD P

     vs.

BREWER, et al.,                                 <u>ORDER</u>

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action pursuant to 42 U.S.C. § 1983. By order dated December 14, 2011, this court denied plaintiff's November 30, 2011 motion to stay. (Dkt. No. 125 at 3.) On December 27, 2011, plaintiff filed another motion to stay, which the court herein denies for the reasons stated in its earlier order. Plaintiff is advised that any future motions to stay this action will be summarily denied for the reasons stated in that order.

////

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's December 27, 2011
2 motion to stay (Dkt. No. 129) is denied.

 Dated: January 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / lees0196.ord_2