1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALEXANDER LEES,

11          Plaintiff,                    No. CIV S-08-0196 CKD P

12      vs.

13   BREWER, et al.,                      ORDER

14          Defendants.

15   _____/

16          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this

17   civil rights action pursuant to 42 U.S.C. § 1983.  By order dated December 14, 2011, this court

18   denied plaintiff's November 30, 2011 motion to stay.  (Dkt. No. 125 at 3.)  On December 27,

19   2011, plaintiff filed another motion to stay, which the court herein denies for the reasons stated in

20   its earlier order.  Plaintiff is advised that any future motions to stay this action will be summarily

21   denied for the reasons stated in that order.

22   ////

23   ////

24   ////

25   ////

26   ////

1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's December 27, 2011

2    motion to stay (Dkt. No. 129) is denied.

3     Dated: January 10, 2012

4                                                   _____

5                                                   CAROLYN K. DELANEY
                                                    UNITED STATES MAGISTRATE JUDGE
6

7    2 / lees0196.ord_2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2