IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER LEES,

      Plaintiff,                     No. 2:08-cv-0196 CKD

   vs.

T. FELKER, et al.,

      Defendants.              <u>ORDER</u>

/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the original complaint filed January 28, 2008. (Dkt. No. 1.) The parties have consented to this court's jurisdiction. (Dkt. Nos. 6, 71.)

       Pending before the court is defendants' March 30, 2012 motion for summary judgment. (Dkt. No. 138.) On April 20, 2012, plaintiff filed a four-page document titled "Plaintiff's Objections to Defendants' Motion for Summary Judgement and Facts in Support of His Claims." (Dkt. No. 140.) This document only glancingly addresses the claims at issue in this action. It largely consists of unrelated assertions concerning, e.g., plaintiff's "unfair trial and conviction" and an investigative report by the Sacramento Bee. (Id. at 2-3.) Apparently declining to construe this as an "opposition" to summary judgment, defendants did not file a

1

1  reply.

2        On July 25, 2008, the previously assigned magistrate judge advised plaintiff of the
3  requirements for opposing a motion for summary judgment pursuant to Rand v. Rowland, 154 3d
4  952, 957 (9th Cit. 1998) (en banc). (Dkt. No. 16 at 4.) To date, plaintiff has not filed an
5  opposition to summary judgment that complies with <u>Rand</u>. Accordingly, under Rule 56(e)(1) of
6  the Federal Rules of Civil Procedure[1], the court will grant plaintiff an additional 21 days to file
7  an opposition or statement of non-opposition to summary judgment, after which defendants may
8  file a reply. Plaintiff's failure to comply with this order will result in a recommendation that this
9  action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

10 ////
11 ////
12 ////
13 ////
14 ////
15 ////
16 ////
17 ////
18 ////

---

[1] Rule 56( e) provides that:

> If a party fails to properly support an assertion of fact or properly address another party's assertion of fact as required by Rule 56(c), the court may:
>
> (1) give an opportunity to properly support or address the fact;
>
> (2) consider the fact undisputed for purposes of the motion;
>
> (3) grant summary judgment if the motion and supporting materials – including the facts considered undisputed – show that the movant is entitled to it[.]

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file and serve an opposition or statement of non-opposition to defendants' March 30, 2012 motion for summary judgment no later than 21 days from the date of this order.  Failure to do so will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

2. No later than seven days after plaintiff's opposition to summary judgment is filed, defendants may file and serve a reply.

Dated: June 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
lees0196.ord_sj