IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER LEES,

      Plaintiff,               No. 2:08-cv-0196 CKD P

     vs.

T. FELKER, et al.,

      Defendants.      ORDER

_____/

      Plaintiff initiated this civil rights action pursuant to 42 U.S.C. § 1983 over four years ago, on January 28, 2008. (Dkt. No. 1.) On March 30, 2012, defendants filed a motion for summary judgment. (Dkt. No. 138.) On June 27, 2012, the court ordered plaintiff to file and serve an opposition or statement of non-opposition to summary judgment within 21 days, or face dismissal of this action. (Dkt. No. 142.) On July 13, 2012, pursuant to Woods v. Carey, No. 09-15548 (9th Cir. July 6, 2012), the court notified plaintiff a second time of the requirements for opposing summary judgment and granted him until July 31, 2012 to file an opposition. (Dkt. No. 143.) On July 27, 2012, the court granted plaintiff a thirty-day extension of time to file and serve his opposition. (Dkt. No. 145.)

////

////

1

1    Pending is plaintiff's August 6, 2012 request for another extension of time and an
2 order requiring CDCR to give him library access. (Dkt. No. 146.) As plaintiff has had ample
3 notice and opportunity to oppose summary judgment, the court declines to grant another
4 extension of time to do so. As to plaintiff's request for an order directing CDCR to grant him
5 library access, such injunctive relief is outside the scope of the complaint. Moreover, while an
6 inmate has a constitutionally protected right of meaningful access to the courts, Bounds v. Smith,
7 430 U.S. 817, 820-821 (1977), to prevail on a request for relief, it is not enough to show some
8 sort of denial: he must also show "actual injury" from the denial or delay of services. Lewis. v.
9 Casey, 518 U.S. 343, 351 (1996). Plaintiff has not shown actual injury from the alleged denial of
10 services.
11    Accordingly, IT IS HEREBY ORDERED that plaintiff's August 6, 2012 request
12 for extension of time and law library access (Dkt. No. 146) is denied.

Dated: August 15, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
lees0196.eot_2