1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALEXANDER LEES,

11             Plaintiff,                    No. 2:08-cv-0196 CKD P

12      vs.

13   T. FELKER, et al.,

14             Defendants.            ORDER

15   _____/

16             Plaintiff initiated this civil rights action pursuant to 42 U.S.C. § 1983 over four

17   years ago, on January 28, 2008.  (Dkt. No. 1.)  On March 30, 2012, defendants filed a motion for

18   summary judgment.  (Dkt. No. 138.)  On June 27, 2012, the court ordered plaintiff to file and

19   serve an opposition or statement of non-opposition to summary judgment within 21 days, or face

20   dismissal of this action. (Dkt. No. 142.)  On July 13, 2012, pursuant to Woods v. Carey, No. 09-

21   15548 (9th Cir. July 6, 2012), the court notified plaintiff a second time of the requirements for

22   opposing summary judgment and granted him until July 31, 2012 to file an opposition.  (Dkt. No.

23   143.)  On July 27, 2012, the court granted plaintiff a thirty-day extension of time to file and serve

24   his opposition.  (Dkt. No. 145.)

25   ////

26   ////

1

1          Pending is plaintiff's August 6, 2012 request for another extension of time and an

2  order requiring CDCR to give him library access.  (Dkt. No. 146.)  As plaintiff has had ample

3  notice and opportunity to oppose summary judgment, the court declines to grant another

4  extension of time to do so.  As to plaintiff's request for an order directing CDCR to grant him

5  library access, such injunctive relief is outside the scope of the complaint.  Moreover, while an

6  inmate has a constitutionally protected right of meaningful access to the courts, <u>Bounds v. Smith</u>,

7  430 U.S. 817, 820-821 (1977), to prevail on a request for relief, it is not enough to show some

8  sort of denial: he must also show "actual injury" from the denial or delay of services.  <u>Lewis. v.</u>

9  <u>Casey</u>, 518 U.S. 343, 351 (1996).  Plaintiff has not shown actual injury from the alleged denial of

10  services.

11          Accordingly, IT IS HEREBY ORDERED that plaintiff's August 6, 2012 request

12  for extension of time and law library access (Dkt. No. 146) is denied.

13  Dated: August 15, 2012

14

15                            CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE

16

17

18

19  2
  lees0196.eot_2

20

21

22

23

24

25

26