IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER LEES,

        Plaintiff,                  No. 2:08-cv-0196 CKD P

    vs.

T. FELKER, et al.,

        Defendants.          ORDER

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' motion for summary judgment pursuant to the order of July 27, 2012. The court will deny this motion for the reasons set forth in its order of August 15, 2012. (Dkt. No. 147.)

        In addition, plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

\\\\\

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for extension of
2  time and the appointment of counsel (Docket No. 148) is denied.

3  Dated: August 29, 2012

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
lees0196.31+36